```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06203
    SHARESE L DIXON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-1998


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/06/2007 and was confirmed 06/06/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
UMLI/UM CAPITAL LLC        CURRENT MORTG         .00            .00              .00
UMLI/UM CAPITAL LLC        MORTGAGE ARRE         .00            .00              .00
EQUIFIRST CORPORATION      SECURED NOT I   NOT FILED           .00              .00
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00            .00              .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE         .00            .00              .00
FIRST NATIONWIDE DELTA     UNSECURED       NOT FILED           .00              .00
AMERICASH LOANS LLC        UNSECURED         1638.58           .00              .00
ECAST SETTLEMENT CORP      UNSECURED         1429.96           .00              .00
BUD MARLOW                 UNSECURED       NOT FILED           .00              .00
COMMONWEALTH EDISON        UNSECURED          395.23           .00              .00
COMCAST CABLE COMMUNICAT   UNSECURED          751.59           .00              .00
PREMIER BANKCARD           UNSECURED          272.87           .00              .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED           .00              .00
MONEY CONTROL              UNSECURED       NOT FILED           .00              .00
PEOPLES GAS & LIGHT        UNSECURED         1290.30           .00              .00
PEOPLES GAS & LIGHT        UNSECURED       NOT FILED           .00              .00
PREMIUM ASSET RECOVERY C   UNSECURED          672.00           .00              .00
PREMIUM ASSET RECOVERY C   UNSECURED       NOT FILED           .00              .00
ROSELAND COMMUNITY HOSPI   UNSECURED       NOT FILED           .00              .00
WORLD FINANCIAL NETWORK    UNSECURED          267.66           .00              .00
RENT A CENTER              NOTICE ONLY     NOT FILED           .00              .00
RESIDENTIAL FUNDING CO L   NOTICE ONLY     NOT FILED           .00              .00
TRIAD FINANCIAL CORP       UNSECURED        15868.71           .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       84.00           .00            84.00
ILLINOIS DEPT OF REVENUE   UNSECURED           91.72           .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY           448.84           .00           354.14
UMLI/UM CAPITAL LLC        UNSECURED        26389.82           .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,500.00                       2,500.00
TOM VAUGHN                 TRUSTEE                                           228.36
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:

                   PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06203 SHARESE L DIXON
```

```
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   3,166.50

PRIORITY                                            438.14
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                    2,500.00
TRUSTEE COMPENSATION                                228.36
DEBTOR REFUND                                          .00
                         ---------------      ---------------
TOTALS                    3,166.50                3,166.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                                    PAGE   2
           CASE NO. 07 B 06203 SHARESE L DIXON